IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DE'ON L. CRANE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-0091-P |
| THE CITY OF ARLINGTON, TEXAS and CRAIG ROPER, | § § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the summary-judgment order (ECF No. 80):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**. Each party shall bear its own costs and fees.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **8th day** of **June, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE