IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:19-cv-091

2. Style of case: Crane v. City of Arlington et. al

3. Nature of suit: Civil Rights

4. Method of ADR used: ✓ Mediation   Mini-Trial   Summary Jury Trial

5. Date ADR session was held: December 4, 2023

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   ✓ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $1,000

8. Duration of ADR: full day   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Daryl Washington, Alphonse Hoston Party representative; Tamara Wilson, Plaintiff Rep., Kayla Mundell, Plaintiff Rep., Lakiya Spence, Plaintiff Rep.; Catrina Crane, Plaintiff Rep., De'on L. Crane, Plaintiff Rep.
   Craig Roper, Defendant; Jim Jeffries, attorney for Mr. Roper
   Baxter Banowsky, attorney for City, Eyvon McHaney, City of Arlington, Jennifer Wichman, City of Arlington, Lacye Stewart, City of Arlington

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    [Signature]
    Signature

    12720 Hillcrest Rd., Suite 1042 Dallas, TX 75230
    Address

    12/5/2023
    Date

    682-313-9656
    Telephone

## Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Baxter W. Banowsky

Firm: Banowky and Levine PC

Address: 12801 N Central Expwy, Ste 1700

Dallas, Texas 75243

Phone: 214-871-1300

Name: Daryl Washington

Firm: Washington Law Firm PC

Address: 325 N St. Paul St., Suite 2950

Dallas, Texas 75201

Phone: 214-880-4883

Name: Jim Jeffrey, Jr.

Firm: Law Offices of Jim Jeffrey

Address: 3200 West Arkansas Lane

Arlington, Texas 76016

Phone: 214-871-1300

Name: Cynthia Withers

Firm: City of Arlington, City Atty's Office

Address: Bryan Tower, Mail Stop 63-0300

Arlington, Texas 76004

Phone: 817-459-6878

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: