UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DE'ON L. CRANE, et al | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:19-CV-00091-P |
| | § | |
| CITY OF ARLINGTON, et al | § | |

## JOINT MEDIATION REPORT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The parties respectfully submit the following Joint Mediation Report as required by the Court's April 18, 2023, Scheduling Order (Doc. 100).

**A.   Date of Mediation**

The parties mediated this case on December 4, 2023, with the Hon. Paul Stickney.

**B.   Persons Present**

The following persons were present for each of the parties:

For the Plaintiffs:

   Daryl K. Washington – Counsel of Record

   De'on Crane - Plaintiff
   Alphonse Hoston - Plaintiff
   Zakiya Spence on behalf of her minor children, Z.C. and A.C. - Plaintiff
   Catrina Crane on behalf of her minor child, C.C. - Plaintiff
   Kayla Mundell on behalf of her minor children, T.C., Jr., G.M. and G.C - Plaintiff
   Tamara Wilson on behalf of her minor child, T.C. - Plaintiff
   Valencia Johnson on behalf of her minor child, T.J. - Plaintiff


For Defendant the City of Arlington:

   Baxter W. Banowsky – Counsel of Record
   Cynthia Withers – Counsel of Record
   Jennifer Wichmann- Deputy City Manager
   Eyvon McHaney- Director of Human Resources
   Lacye Stewart- Risk Manager

_____
**JOINT MEDIATION REPORT – Page 1**

For Defendant Craig Roper

    Jim Jeffrey – Counsel of Record
    Craig Roper

**C.**    **Result of the Mediation**

The parties were successful in mediating this case, subject only to approval by the City of Arlington City Council. While the City of Arlington's representatives attended the mediation with substantial authority to settle the case, that authority was not unlimited. The proposed settlement exceeds the authority of the City's representatives at the mediation. Accordingly, it must be presented to the City Council for approval. The proposed settlement will be presented to the City Council on December 12, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Daryl K. Washigton* | */s/ Baxter W. Banowsky* |
| DARYL K. WASHINGTON | Baxter W. Banowsky |
| State Bar No. 24013714 | State Bar No. 00783593 |
| WASHINGTON LAW FIRM | BANOWSKY, P.C. |
| 325 N. St. Paul, Ste. 3950 | 12801 N. Central Expy, Suite 1700 |
| Dallas, Tx 75201 | Dallas, TX 75243 |
| (214) 880-4883 | (214) 871-1300 |
| Fax (214) 751-6685 | Email: bwb@banowsky.com |
| | |
| - and – | - and – |
| | |
| Thad Spalding | Cynthia Withers |
| State Bar No. 00791708 | State Bar No. 00791839 |
| Shelby White | CITY OF ARLINGTON |
| State Bar No. 24084086 | City Attorney's Office |
| DURHAM, PITTARD & SPAULDING, LLP | MS 63-0300 |
| P.O. Box 224626 | P.O. Box 90231 |
| Dallas, TX 75222 | Arlington, TX 76004-3231 |
| (214) 946-8000 | (817) 459-6878 |
| Fax (214) 946-8433 | Email: cynthia.withers@arlingtontx.gov |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT CITY OF ARLINGTON |

---

JOINT MEDIATION REPORT – Page 2

*/s/ James T. Jeffrey*
JAMES T. JEFFREY, JR.
State Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
ATTORNEY FOR DEFENDANT
CRAIG ROPER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served, via the Court's ECF system, on all counsel of record contemporaneously with its filing.

/s/ Baxter W. Banowsky

---