UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DE'ON L. CRANE, ET AL.,**

   Plaintiffs,

v.                                                **No. 4:19-cv-0091-P**

**CITY OF ARLINGTON, TEXAS, ET AL.,**

   Defendant.

# ORDER

The Parties filed a Joint Mediation Report on December 8, 2023. ECF No. 139. The Parties report that they were successful in mediating this case, subject only to approval by the City of Arlington City Council.

Accordingly, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal **on or before February 6, 2024**.

**SO ORDERED** on this **8th day of December 2023**.

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE