IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DE'ON L. CRANE, Individually and as, the Administrator of the Estate of TAVIS M. CRANE and on Behalf of the Statutory Beneficiaries G.C., T.C., G.M., Z.C. A.C., C.C., T.J., and T.C., Jr., the surviving children of Tavis M. Crane, ALPHONSE HOSTON, DWIGHT JEFFERSON, VALENCIA S. JOHNSON, and Z.C., individually, by and through her guardian, Zakiya Spence,<br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ARLINGTON, TEXAS; and CRAIG ROPER<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-00091-P |

## ORDER APPOINTING ATTORNEY AD LITEM

On this date came on to be considered Defendant's "Motion to Appoint Attorney Ad Litem for Minors." The Court finds that the Motion is well-founded and should be granted. It is therefore,

ORDERED, that _Jennifer C. Cole, 817-717-1664_ shall be appointed as ad litem for the minor children G.C., T.C., G.M., Z.C., A.C., C.C., T.J.(T.R.M.J.), and T.C., Jr.

SIGNED on this _19_ day of _December_, 2023.

_____
JUDGE PRESIDING

→ The Court will conduct a hearing on the settlement and consider the Attorney Ad Litem's report at 2:00 p.m on Thursday, February 1, 2024.

ORDER APPOINTING ATTORNEY AD LITEM – Solo Page