UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DE'ON L. CRANE, ET AL.,**

   Plaintiffs,

v.                                          **No. 4:19-cv-0091-P**

**CITY OF ARLINGTON, TEXAS, ET AL.,**

   Defendant.

### ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue February 1, 2024 Settlement Hearing. ECF No. 144. Having considered the Motion, the Court concludes that it should be and is hereby **GRANTED**.

The Court will conduct a hearing on the settlement and consider the Attorney Ad Litem's report at **2:00 p.m. on Thursday, February 15, 2024**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **18th day of January 2024**.

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE