UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DE'ON L. CRANE, ET AL.,

  Plaintiffs,

v.                                                                                No. 4:19-cv-0091-P

CITY OF ARLINGTON, TEXAS, ET AL.,

  Defendant.

## ORDER

Upon review of the record, the Court concludes that a Settlement Hearing is not necessary. Accordingly, the Settlement Hearing—previously scheduled for 2:00 p.m. on Thursday, February 15, 2024—is **CANCELLED**. Plaintiffs' Unopposed Motion to Allow Remote Appearance at Settlement Hearing (ECF No. 150) is thus **DENIED as moot**.

**SO ORDERED** on this **12th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE