IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DE'ON CRANE, Individually and as the Administrator of the Estate of TAVIS M. CRANE and on Behalf of the Statutory Beneficiaries G.C., T.C. G.M., Z.C., A.C., C.C., T.J., and T.C., Jr., the surviving children of Tavis M. Crane, ALPHONSE HOSTON, DWIGHT JEFFERSON, VALENCIA S. JOHNSON, and Z.C., Individually, by and through her guardian, Zakiya Spence,<br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF ARLINGTON, TEXAS; and CRAIG ROPER,<br>    Defendants. | Civil Action No. 4:19-cv-00091-P |

## REVISED FEE AFFIDAVIT OF JENNIFER C. COLE

STATE OF TEXAS            §
                          §
COUNTY OF TARRANT         §

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer C. Cole, who is known to me, and who first being duly sworn according to law upon her oath, deposes and says:

1.  I have personal knowledge of the statements set forth in this Revised Fee Affidavit. This Affidavit is made in support of the attorney's fees listed in the Report of Attorney Ad Litem in the above-referenced cause.

2. I am an attorney licensed to practice law in Texas and have been licensed since 2005. Since 2005, I have practiced law in Fort Worth, Tarrant County, Texas, and primarily in the areas of probate, guardianship, family law, and estate planning. I also serve as court appointed attorney or attorney ad litem in personal injury cases on behalf of minors or incapacitated persons, and for various parties in parental right termination cases. I have been employed as an associate in my current firm since 2011.

3. I was appointed to represent G.C., T.C. G.M., Z.C., A.C., C.C., T.J. (T.R.M.J.), and T.C., Jr., minor children, by order dated December 19, 2023, issued in the above-referenced cause.

4. I have performed legal services for G.C., T.C. G.M., Z.C., A.C., C.C., T.J. (T.R.M.J.), and T.C., Jr., in reference to the settlement with Defendants, City of Arlington and Craig Roper. My itemized invoice has each time entry listed with regard to the legal services rendered on behalf of A.C. by me since I was appointed. The invoice is available for review should the Court or parties request a copy. The invoice specifies the date the work was performed, the specific work performed, and the hourly rate charged for the work.

5. Through today I have provided professional services on behalf of G.C., T.C. G.M., Z.C., A.C., C.C., T.J. (T.R.M.J.), and T.C., Jr. for a total of 35.1 hours at a rate of $200.00 per hour for a total fee of $7,020.00. I expect to spend an additional one (1) hour on this matter after submitting this report in lieu of the final hearing. Therefore, I have requested a fee of $7,220.00 for 36.1 hours at $200 per hour.

6. I am familiar with the reasonable and necessary legal services required in the representation of minors as appointed attorney ad litem in the Northern District of Texas as well as in Tarrant County, Texas. The legal services performed and the hours expended by me as set forth

in my invoice were reasonable and necessary for the representation of G.C., T.C. G.M., Z.C., A.C., C.C., T.J. (T.R.M.J.), and T.C., Jr., minor children.

_____
Jennifer C. Cole

SUBSCRIBED AND SWORN TO BEFORE ME by Jennifer C. Cole on this the 16th day of February, 2024, to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS

## CERTIFICATE OF SERVICE

On February 16, 2024, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Fort Worth Division using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____
JENNIFER C. COLE